United States District Court
Southern District of Texas
FILED

SEP 13 2011   VCC

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CRIMINAL NO. |
| SALVADOR HERNANDEZ | § § § | **L-11 1120** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 15, 2010, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**SALVADOR HERNANDEZ,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involves a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about December 15, 2010, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**SALVADOR HERNANDEZ,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to import into the United States of America from the Republic of Mexico a controlled substance. This offense involved a quantity of 50 grams or more of methamphetamine a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 952(a), 960(a) and 960(b)(1)(H).

## COUNT THREE

On or about December 15, 2010, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

### SALVADOR HERNANDEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involves a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**ORIGINAL SIGNATURE
ON FILE**

FOREMAN OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY



_____
ROBERTO RAMIREZ
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

L-11 1120

| LAREDO DIVISION | CRIMINAL DOCKET | NO. _____ |
| FILE: 11-13671    MAG #: L-11- | SEP 13 2011 | |
| INDICTMENT | Filed: _____ | Judge: _____ |

ATTORNEYS:
JOSE ANGEL MORENO, USA
ROBERTO RAMIREZ, AUSA

UNITED STATES OF AMERICA

VS.

SALVADOR HERNANDEZ

Appt'd | Private

MA

**CHARGE:** 
**(TOTAL) COUNTS: (3)**

Ct.1: Conspiracy to possess with intent to distribute 50 grams or more of methamphetamine
    [21 USC 846, 841(a)(1) & 841(b)(1)(A)]
Ct.2: Conspiracy to import 50 grams or more of methamphetamine
    [21 USC 846, 952(a), 960(a) and 960(b)(1)(H)]
Ct. 3: Possess with intent to distribute 50 grams or more of methamphetamine
    [21 USC 841(a)(1) & 841(b)(1)(A) & 18 USC 2]

**PENALTY:** Cts. 1-3: 10 Years to Life and/or $10 Million, $100 Spec Assessment
    AT LEAST 5 YRS TERM OF SUPERVISED RELEASE

In Jail:

On Bond:

No Arrest:

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**